UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN PARISEAU,              )<br>                                            )<br>          Plaintiff,             )<br>     v.                              )<br>                                            )<br>CAPT. JOHN BOATS, INC.,  )<br>                                            )<br>          Defendant.         ) | CIVIL ACTION<br>NO. 09-10624-JGD |

## **JUDGMENT**

For all the reasons detailed in this Court's Findings of Fact and Rulings of Law dated February 16, 2012, judgment is hereby entered in favor of the defendant Capt. John Boats, Inc. and against the plaintiff, Shawn Pariseau.

                                                                        SARAH ALLISON THORNTON,
                                                                        CLERK OF COURT


                                                                         / s / Jolyne D'Ambrosio
                                                                        By:  Deputy Clerk

DATED:  February 16, 2012